Certificate Number: 05781-ILN-DE-041687219

Bankruptcy Case Number: 26-19151

05781-ILN-DE-041687219

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 17, 2026, at 10:18 o'clock AM PST, Cody Calkins completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: November 17, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President